CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ELI J. COHEN (NYBN 5539226)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7200
  FAX: (415) 436-7234
  Eli.Cohen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:26-CR-00186 WHO |
| Plaintiff, | ) [~~PROPOSED~~] DETENTION ORDER |
| v. | ) |
| MARIO ROBINSON, | ) |
| Defendant. | ) |

On April 23, 2026, defendant MARIO ROBINSON was charged by Indictment with Robbery Affecting Interstate Commerce, in violation of 18 U.S.C. § 1951(a); Illegal Possession of a Machinegun, in violation of 18 U.S.C. § 922(o)(1); and Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1).

This matter came before the Court on May 19, 2026, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Taylor Fatherree. Assistant United States Attorney Eli J. Cohen appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of

[PROPOSED] DETENTION ORDER          1
3:26-CR-00186 WHO

conditions will reasonably assure the safety of any other person or the community.  Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1).  As noted on the record, the Court makes the following findings as the basis for its conclusion: (i) the defendant's criminal history, including convictions for multiple robberies while armed with an apparent replica firearm; (ii) the fact that the defendant was on parole at the time he is alleged to have committed the instant offenses; and (iii) the nature and circumstances of the charged offenses, including evidence that the defendant discharged a firearm toward – without apparently striking – multiple people, provide clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.  These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 20 , 2026

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] DETENTION ORDER
3:26-CR-00186 WHO

2